IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JAMES FUESTON, <br><br> Plaintiff, <br><br><br> vs. <br><br><br> MICHAEL J. ASTRUE, in his capacity as Commissioner of the Social Security Administration, <br><br> Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br><br><br> Case No. 2:05-CV-134 <br> Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate

Judge Brooke C. Wells on November 18, 2008, recommending (1) that the Commissioner's

motion to affirm be denied and (2) that this case be remanded to the ALJ for additional

proceedings.

The parties were notified of their right to file objections to the Report and

Recommendation within ten (10) days after receiving it.  Neither party has filed such an

objection.

Having reviewed all relevant materials, including the reasoning set forth in the

Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and

Recommendation and denies the Commissioner's motion to affirm.  The case is remanded to the

ALJ for additional proceedings.

IT IS SO ORDERED.

Dated this 9th day of December, 2008.

_____

Dee Benson
United States District Judge